ACCEPTED
01-15-00201-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 10:32:02 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00201-CR

NO. 01-15-00202-CR

NO. 01-15-00203-FR

NO. 01-15-00204-CR

NO.01-15-00205-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/26/2015 10:32:02 AM

CHRISTOPHER A. PRINE
Clerk

IN THE

COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

CODY CRYMES,

Appellant

V.

THE STATE OF TEXAS,

Appellee

Appeal from Cause No. 17161, 17162, 17163, 17164 and 17165

In the 253rd Judicial Court

Chambers County, Texas

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes Now Cody Crymes, appellant in the above-entitled and numbered cause, and files this motion to dismiss certain of the cause numbers now pending before this court. Appellant represents to the court that this decision has been made freely and voluntarily, and only after its consequences have been fully explained by appellate counsel.

Appellant was charged by indictment in cause numbers 17161, 17162, 17163, 17164, 17165 and 17166. By plea agreement, Appellant was sentenced under one cause number, 17166,[1] with the agreement that the remaining charges filed under cause numbers 17161, 17162, 17163, 17164 and 17165 would be dismissed by motion of the State. Thus, the only cause number before this Honorable Court for purposes of Appeal is the charge filed under cause number 17166.

---

[1] Appellant is disputing whether the plea entered on cause numbers 17166 was properly completed.

WHEREFORE, appellant respectfully prays the court grant this Motion to Dismiss Appeal with respect to cause number 17161, 17162, 17163, 17164 and 17165.

_____
Rick Oliver
Attorney for Appellant

BEFORE ME, the undersigned authority, on this day personally appeared Cody Crymes, who after being duly sworn stated that he has read the above Motion to Dismiss Appeal and understands it, and that it reflects his decision to withdraw the appeal.

_____
Cody Crymes
Appellant

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ 24th _____ day of March , 2015.

SHEILA LEISINGER
Notary Public, State of Texas
My Commission Expires
September 16, 2017

_____
Notary Public in and for
Harris County, Texas

APPROVED AS TO FORM AND CONTENT

_____
RICK OLIVER
1221 Studewood Street
Houston, Texas 77008
SBN: 24048179
713-864-3700 – phone
713-864-3703 – fax
rickoliverlaw@gmail.com

ATTORNEY FOR APPELLANT